◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY ALLEN, Appellant. [700 NYS2d 787] —Judgment unanimously affirmed. Memorandum: The record establishes that defendant knowingly, intelligently and voluntarily waived his right to appeal (*see, People v Moissett,* 76 NY2d 909; *People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). That waiver precludes our review of the denial of the motion of defendant to suppress his pretrial identification (*see, People v Kemp,* 94 NY2d 831; *People v Vaccaro,* 206 AD2d 952, 953, *lv denied* 84 NY2d 940). (Appeal from Judgment of Erie County Court, DiTullio, J.—Attempted Robbery, 1st Degree.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Balio, JJ.